```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
ROBERT SMITH, an infant over the       : 08 Civ. 0596 (BSJ) (JCF)
age of fourteen, by his M/N/G          :
DENISE SMITH, and DENISE SMITH,        :      O R D E R
Individually,                          :
              Plaintiffs,              :
                                       :
     - against -                       :
                                       :
CITY OF NEW YORK, JAMES CHIARIELLO     :
(Shield No.. 30462), "JOHN" ALESI,     :
and JOHN and JANE DOE 1 through 10,    :
individually and in their official     :
capacities, (the names John and        :
Jane Doe being fictitious, as the      :
true names are presently unknown),     :
                                       :
              Defendants.              :
- - - - - - - - - - - - - - - - - - - -:
```



JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on September 5, 2008, it is hereby ORDERED as follows:

1. All discovery shall be completed by March 31, 2009.

2. The pretrial order shall be submitted by April 30, 2009 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         September 8, 2008

1

Copies mailed this date:

Brett H. Klein, Esq.
Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, New York 11201

Steven Stavridis, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, New York 10007

2